IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PILLAR CONSTRUCTION, INC.** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 1:19-cv-02076 (CRC) |
| **GREAT AMERICAN INSURANCE COMPANY** | * | |
| **Defendant.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Pillar Construction, Inc. ("Pillar"), by undersigned counsel, and pursuant to FRCP 41 (a) (1) (A) (i), hereby files this Notice of Voluntary Dismissal for the dismissal of the above captioned action with prejudice, stating:

1. The above captioned action was commenced on July 12, 2019.

2. Service of the Summons and Complaint upon Defendant has not yet occurred.

3. The parties in this matter have fully settled and resolved the claims and disputes that are the subject of this action.

3. FRCP 41 (a) (1) (A) (i) permits the voluntary dismissal of a case without a Court Order, where Plaintiff files a Notice of Dismissal before the opposing party serves either an answer or a motion for summary judgment.

4. There have been no other federal or state court actions involving Plaintiff's claims and, given the parties settlement, which has been concluded, this action should stand dismissed with prejudice.

Dated: <u>September 20, 2019</u>

                Respectfully submitted,

                **HUDDLES JONES SORTEBERG & DACHILLE, P.C.**

BY:     /s/ Roger C. Jones
           Roger C. Jones, Esquire, D.C. Bar No. 994634
           Nicole Lefcourt Campbell, Esquire, D.C. Bar No. 498490
           10211 Wincopin Circle, Suite 200
           Columbia, Maryland 21044
           (410) 720-0072
           (410) 720-0329 (fax)
           jones@constructionlaw.com
           campbell@constructionlaw.com
           *Attorneys for Plaintiff, Pillar Construction, Inc.*